# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**ERIC HESTER**　　　　　　　　　　**:**

　　　　**Petitioner**　　　**:**　**CIVIL ACTION NO. 3:18-0936**

　　**vs.**　　　　　　　　　**:**　　　**(JUDGE MANNION)**

**KATHY P. LANE**　　　　　　　　**:**

　　　　**Respondent**　　　　**:**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DENIED**.

2. The Clerk of Court shall **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**


**Dated: November 4, 2019**
18-0936-01-ORDER